# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Operating Engineers Local 965 )
Health Benefit Plan, International )
Union of Operating Engineers Local )
Union 965 Annuity Fund, Central )
Pension Fund of the International )
Union of Operating Engineers, )
Operating Engineers Local 965 )
Apprentice Training and Retraining )
Fund, Downstate Infrastructure )
Advancement and Awareness Fund, )
Central Illinois Builders Industry )
Advancement Fund, International ) Case Number: 18-3106
Union of Operating Engineers 965 )
Political Education Fund, and )
International Union of Operating )
Engineers Local 965, )
)
    Plaintiffs, )
)
vs. )
)
D.C. Excavation Services, LLC, )
)
    Defendant. )

**FILED**
JAN 23 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendant, in the total amount of $21,629.19, which consists of contributions and check-offs in the amount of $15,279.11 for the time period of June 2017 through August 2017, calculable liquidated damages and interest in the amount of $3,104.21, and reasonable attorney's fees and costs in the amount of $3,245.87.

Dated: January 22, 2019

                                                     s/ Shig Yasunaga
                                                     Shig Yasunaga
                                                     Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
            Sue E. Myerscough
            U.S. District Judge